JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWAN ABOULHOSN, | CASE NO. CV 12-00891 MMM (SPx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; ROE business organizations I-X, and DOE individuals I-X, | |
| Defendants. | |

On April 16, 2013, the court entered an order granting defendant Merrill Lynch's motion for summary judgment on the claims asserted in plaintiff Marwan Aboulhosn's complaint. The court's order also granted Merrill Lynch's motion for summary judgment on its counterclaim against Aboulhosn. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That Aboulhosn take nothing by way of his complaint;

2. That Merrill Lynch recover the principal sum of $458,679.16 and pre-judgment interest of $72,945.63 from Aboulhosn on its counterclaim. This judgment shall

bear post-judgment interest at an annual rate of 0.12%;

4. That the action be, and it hereby is, dismissed.

DATED: April 16, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2