O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWAN ABOULHOSN,<br><br>             Plaintiff,<br><br>      v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; ROE, business organizations I-X; and DOE, individuals I-X,<br><br>             DefendantS. | Case No: 2:12-cv-00891-ODW-SPx<br><br>**ORDER VACATING ALL DATES AND DEADLINES AND REQUIRING PARTIES TO SHOW CAUSE IN 60 DAYS** |

1

Pursuant to Joint Status Report (ECF No. 178), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. All dates and deadlines are VACATED;
2. The parties are to SHOW CAUSE, in writing, no later than December 21, 2016, regarding finalization of settlement and dismissal of the case.

**IT IS SO ORDERED**.

October 21, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**